TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

CHRISTIAN R. RUIZ
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Christian.Ruiz@usdoj.gov
*Attorneys for the Federal Respondents*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS ALFARO VALLADARES,<br><br>        Petitioner,<br><br>v.<br><br>THE UNITED STATES OF AMERICA; KRISTI NOEM, in her official capacity, Secretary of the U.S. Department of Homeland Security; PAMELA BONDI, in her official capacity, Attorney General, Department of Justice; KERRI ANN QUIHUIS, in her official capacity, ICE Field Office Director, Detention and Removal, Las Vegas, Nevada (ICE Local); MICHAEL BERNACKE, in his official capacity, Field Office Director, Salt Lake City Field Office, U.S. Immigration and Customs Enforcement; TODD LYONS, in his official capacity, Acting Director, Immigration & Customs Enforcement; JOHN MATTOS, in his official capacity, Warden of Immigration Detention Facility, Nevada Southern Detention Center,<br><br>        Respondents. | Case No. 2:25-cv-02261-APG-BNW<br><br>**ORDER GRANTING**<br>**Federal Respondents' Second Motion for Extension of Time to File a Response to the Petition, ECF No. 3**<br><br>**THIRD REQUEST** |

Federal Respondents respectfully move for a brief, one-day extension of time, from January 9, 2026, to **January 10, 2026**, to file their response to the Petition (ECF No. 3).

Federal Respondents filed a prior motion requesting an extension of time, which remains pending before the Court. Because that motion has not yet been resolved and the

requested deadline is today, Federal Respondents respectfully seek this short, protective extension to avoid any potential noncompliance.

Good cause exists for the requested relief. Undersigned counsel has received material documentation from DHS and is actively finalizing Federal Respondents' response. A brief, one-day extension will allow counsel to complete that review and ensure that the filing is accurate and complete. The request is narrow, made in good faith, and not for purposes of delay.

The requested extension will not prejudice Petitioner and will have no material impact on the proceedings. Federal Respondents intend to file their response no later than January 10, 2026.

This request is made pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule IA 6-1.

Respectfully submitted this 9th day of January 2026.

SIGAL CHATTAH
First Assistant United States Attorney

 /s/ Christian R. Ruiz
CHRISTIAN R. RUIZ
Assistant United States Attorney

IT IS SO ORDERED:

Dated: January 12, 2026

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2