TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
CHRISTIAN R. RUIZ
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Christian.Ruiz@usdoj.gov

*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DOUGLAS ALFARO VALLADARES,<br><br>                    Petitioner,<br><br>          v.<br><br>THE UNITED STATES OF AMERICA; KRISTI NOEM, in her official capacity, Secretary of the U.S. Department of Homeland Security; PAMELA BONDI, in her official capacity, Attorney General, Department of Justice; KERRI ANN QUIHUIS, in her official capacity, ICE Field Office Director, Detention and Removal, Las Vegas, Nevada (ICE Local); MICHAEL BERNACKE, in his official capacity, Field Office Director, Salt Lake City Field Office, U.S. Immigration and Customs Enforcement; TODD LYONS, in his official capacity, Acting Director, Immigration & Customs Enforcement; JOHN MATTOS, in his official capacity, Warden of Immigration Detention Facility, Nevada Southern Detention Center,<br><br>                    Respondents. | Case No. 2:25-cv-02261-APG-BNW<br><br>ORDER GRANTING<br><br>**Federal Respondents' Status Report** |

Federal Respondents, through undersigned counsel, respectfully submit this Status Report.

Petitioner filed the Petition for Writ of Habeas Corpus (ECF No. 3-1) ("Petition") while he was in immigration detention. After the filing of the Petition, Petitioner was

released from ICE custody, following a bond hearing held on December 8, 2025, at which an Immigration Judge set bond in the amount of $7,500.

Following Petitioner's release, and while Federal Respondents were in the process of assessing the impact of that release on the pending Petition and their litigation posture, the parties conferred regarding a potential resolution of this matter. Accordingly, the parties are currently engaged in active discussions regarding a potential resolution of this case without the need for continued litigation. Counsel anticipate they will be in a position to advise the Court of the status of those discussions shortly. Federal Respondents anticipate that the ongoing discussions have a reasonable likelihood of obviating the need for a Response to the Petition.

Accordingly, Federal Respondents respectfully request that the Court permit the parties until Monday, January 26, 2026, to provide a further update or appropriate filing.

Respectfully submitted this 23rd day of January 2026.

TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

/s/ Christian R. Ruiz
CHRISTIAN R. RUIZ
Assistant United States Attorneys

IT IS SO ORDERED:

Dated: January 26, 2026

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2