TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
CHRISTIAN R. RUIZ
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Christian.Ruiz@usdoj.gov

*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DOUGLAS ALFARO VALLADARES, | Case No. 2:25-cv-02261-APG-BNW |
| Petitioner, | **Joint Stipulation and Order of Dismissal** |
| v. | |
| THE UNITED STATES OF AMERICA; KRISTI NOEM, in her official capacity, Secretary of the U.S. Department of Homeland Security; PAMELA BONDI, in her official capacity, Attorney General, Department of Justice; KERRI ANN QUIHUIS, in her official capacity, ICE Field Office Director, Detention and Removal, Las Vegas, Nevada (ICE Local); MICHAEL BERNACKE, in his official capacity, Field Office Director, Salt Lake City Field Office, U.S. Immigration and Customs Enforcement; TODD LYONS, in his official capacity, Acting Director, Immigration & Customs Enforcement; JOHN MATTOS, in his official capacity, Warden of Immigration Detention Facility, Nevada Southern Detention Center, | |
| Respondents. | |

Petitioner Douglas Alfaro Valladares and Federal Respondents, through undersigned counsel, hereby stipulate to the dismissal without prejudice of each and every cause of action alleged in the Petition filed in this case (ECF No. 1-1), each party to bear its own fees and costs.

Petitioner has been released from ICE custody, following a bond hearing held on December 8, 2025, at which an Immigration Judge set bond in the amount of $7,500. Counsel for the United States and counsel for petitioner have conferred regarding the Petition for Writ of Habeas Corpus and agreed to its dismissal without prejudice.

Respectfully submitted this 26th day of January 2026.

RENE L. VALLADARES
Federal Public Defender

TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Laura Barrera*
Laura Barrera
Assistant Federal Public Defender

*/s/  Christian R. Ruiz*
CHRISTIAN R. RUIZ
Assistant United States Attorneys

IT IS SO ORDERED:

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: January 27, 2026

2